ACCEPTED
12-14-00333-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/23/2015 2:36:17 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/23/2015 2:36:17 PM

CATHY S. LUSK
Clerk

July 23, 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Mary Louise Henry**
      **12-14-00333-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

# U.S. Postal Service ™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7012 3460 0002 0690 7687

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

SOUTHEAST CROSSING, TYLER TX

JUL 23 2015

-75713

Sent To  Mary County Henry

Street, Apt. No.; or PO Box No.  Tract, 0159 25 00  904 FM 686

City, State, ZIP+4  Dayton Tx 77555

See Reverse for Instructions

PS Form 3800, August 2006

July 23, 2015


Mary Louise Henry
Inmate 01992500
Plane State Jail
904 FM 686
Dayton, TX 77535

**Re:  Opinion**

Ms. Henry:

Please find enclosed a copy of opinion issued by the Court of Appeals in your case.  The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.

Sincerely,


Austin Reeve Jackson